# JURY QUESTIONS

## Disability Discrimination

### Question No. 1

| Has Plaintiff Virginia Hawthorne proved that she would not have been terminated but for having a herniated disc in her cervical spine and/or cervical radiculopathy? | Answer "Yes" or "No" <br><br> _Yes_ |
|---|---|

**Proceed to Question No. 2.**

## Question No. 3

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

   $ __0__

2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

   $ __0__

3. Wages and benefits from July 29, 2015 to January 12, 2018.

   $ __21,883.93__

**Proceed to Question No. 4.**

## Question No. 4

| Do you find that Plaintiff should be awarded punitive damages? | Answer "Yes" or "No"  <br> _No_ |
|---|---|

**If you answered "Yes" to Question No. 4, proceed to Question No. 5.**

**If you answered "No" to Question No. 4, skip to Question No. 6.**

## Question No. 5

What sum of money should be assessed against Defendant as punitive damages?

Answer in dollars and cents:

$_____0_____

**Proceed to Question No. 6.**

## Failure to Accommodate

### Question No. 6

| Did Defendant fail to reasonably accommodate Plaintiff's disability? | Answer "Yes" or "No" <br><br> _Yes_ |
|---|---|

**If you answered "Yes" to Question No. 6, proceed to Question No. 7.**

**If you answered "No" to Question No. 6, skip to Question No. 8.**

## Question No. 7

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    $ _____0_____

2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    $ _____0_____

3. Wages and benefits from April 29, 2015 to July 22, 2015.

    $ ~~3000.00~~
    5237.19

**Proceed to Question No. 8.**

## Retaliation

### Question No. 8

| Has Plaintiff proved that she would not have been terminated but for her requesting a reasonable accommodation and informing her supervisor that Defendant's denial of her request for a reasonable accommodation constituted discrimination? | Answer "Yes" or "No"<br><br>_No_ |
|---|---|

**If you answered "Yes" to Question No. 8, proceed to Question No. 9.**

**If you answered "No" to Question No. 8, proceed to the bottom of the page to sign and date the Jury Verdict.**

## Question No. 9

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    $ _____0_____

2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    $ _____0_____

3. Wages and benefits from July 29, 2015 to January 12, 2018.

    $ _____0_____

**Proceed to the next page to sign and date the Jury Verdict.**

_____          __12/7/21_____
Foreperson's Initials                              Date